OFFICE OF THE STANDING TRUSTEE
P.O. BOX 1884
MOBILE, AL 36633
(251)438-4615

IN RE  Case No. 15-01417-HAC-13
    Watson, Loretta

Debtor

TO:    REPUBLIC FINANCE, LLC #127
    7535 AIRWAYS BLVD STE 210
    BANKRUPTCY CENTER
    SOUTHAVEN, MS 38671

## NOTICE OF INTENT TO PAY CLAIM

| ECF CLAIM # | CLAIM ID | CLAIM AMOUNT | DATE FILED | YOUR ACCT # |
|---|---|---|---|---|
| 1 | 00004 | 3,250.60 | May 07, 2015 | 0661 |

The above referenced claim:

    WAS FILED AS A SECURED CLAIM @ 38.46% INTEREST BUT NOT LISTED IN SCHEDULE 'D' OF THE DEBTOR'S PETITION OR IN THE PLAN.

**Objections to this claim** should be filed within 30 days from the date of this notice with the Clerk of Court, U.S. Bankruptcy Court, 201 St. Louis St., Mobile, AL 36602.

**If no objection to the claim is filed**, the Trustee will begin making timely disbursements on this claim after the 30 day objection period has passed, based on the allowed percentage.

DATED: 05/11/2015        CLAIMS DEPARTMENT

cc:    Loretta Watson
    4937 Pine Ridge Dr. N.
    Eight Mile, AL 36613

    STEPHEN L. KLIMJACK, LLC
    1306 GOVERNMENT STREET
    MOBILE, AL 36604

    REPUBLIC FINANCE, LLC #127
    7535 AIRWAYS BLVD STE 210
    BANKRUPTCY CENTER
    SOUTHAVEN, MS 38671