**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| In Re: | * | **Chapter 13** |
| | * | **Case Number:  15-01417- HAC** |
| **LORETTA WATSON,** | * | |
| | * | |
| **Debtor.** | * | |
| | * | |

## ORDER

Upon consideration of the Debtor's Motion to Avoid Lien of creditor Republic Finance LLC #127 pursuant to 11 U.S.C. §522(f).  Notice of the hearing was given pursuant to local rule. Appearances were noted in the record and no objections were made.  The Court finds that the motion is due to be CONDITIONALLY GRANTED.

THEREFORE it is ORDERED that the Debtor's Motion to Avoid Lien of Republic Finance LLC #127 in the amount of $3,250.00 is CONDITIONALLY GRANTED.  The claim of Republic Finance LLC #127 is to be treated as unsecured in the plan.  The Lien, upon discharge, is declared null and void as it impairs Debtor's exemptions and is entitled to no effect.

Dated:  July 17, 2015

HENRY A. CALLAWAY
CHIEF U.S. BANKRUPTCY JUDGE