IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

In Re:                                     Case No: 15-01417-HAC

Loretta Watson                         Chapter: 13

    Debtor

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF COPIES

Comes now and requests all to take note, **BANK OF AMERICA**, a Creditor and party in interest in the above captioned title 11 petition, by and through the undersigned counsel of record, Sirote & Permutt, P.C., be and hereby appears and request copies of all pleadings, including but not limited to, all notices, motions, applications, lists, schedules, statements, and all other matters arising herein, be duly served on **BANK OF AMERICA**, by and through its legal counsel of record, at the address set forth below, pursuant to Bankruptcy Rule 2002 and 9010(b).

The name and address where notices should be sent to Creditor is:

Bank of America
NC4-105-02-99
P O Box 26012
Greenboro, NC 27420-6012

                                                 /s/Susannah R. Walker
                                                 Susannah R. Walker (WAL-158)
                                                 Diane Murray (MUR-048)
                                                 Donald M. Wright (WRI-021)
                                                 Enslen Crowe (CRO-098)
                                                 Attorney for Creditor

OF COUNSEL:

Susannah R. Walker
Sirote & Permutt, P.C.
1115 East Gonzalez Street
Pensacola, Florida 32503
Telephone: (850) 462-1516/Fax: (850) 462-1599
swalker@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of September, 2015, a copy of the foregoing pleading was served upon the following parties to this proceeding via electronic case management:

Stephen L. Klimjack
Stephen L. Klimjack, LLC
1306 Government Street
Mobile, AL 36604
pleadings@klimjack.com

Daniel B. O'Brien
P.O. Box 1884
Mobile, AL 36633
cperry@ch13mob.com

/s/Susannah R. Walker
OF COUNSEL