IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| In RE: | * |
| | *   CHAPTER 13: |
| LORETTA WATSON, | *   Case No.:15-01417 |
| | * |
| Debtors, | * |
| | * |

## SUMMARY OF AMENDMENTS

Comes now the Debtors, by and through counsel, and hereby amend the Chapter 13 Plan filed May 5, 2015 as follows:

1. To amend the Chapter 13 Plan to change the year of the 2013 Chevrolet Malibu to a 2014 Chevrolet Malibu.

November 2, 2015

Respectfully Submitted,

/s/Stephen L. Klimjack
STEPHEN L. KLIMJACK
STEPHEN L. KLIMJACK, L.L.C.
1306 Government St.
Mobile, AL 36604
(251) 694-0600
(251) 694-0611 Fax

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 2nd day of November, 2015, a copy of the foregoing document was served on the Trustee, via the Bankruptcy Court Electronic Filing System

/s/ Stephen L. Klimjack
STEPHEN L. KLIMJACK

1