UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE: : CASE NO: 15-01417-HAC
:
: CHAPTER: 13
:
LORETTA WATSON :
    Debtor :

## ORDER SUBSTITUTING ATTORNEY

Embrace Home Loans, Inc, for itself, its successors and assigns (the "Movant") filed a Motion to Substitute Attorney. Movant asserts that the motion was properly served. No response having been filed; accordingly, it is hereby

**ORDERED** that the Motion is *granted*. Amanda Beckett, Esq. is substituted as attorney of record for Cynthia Williams, and her request for notice of all motions and pleadings filed in this action shall be serviced as such.

Dated: April 28, 2016

                                                  HENRY A. CALLAWAY
                                                CHIEF U.S. BANKRUPTCY JUDGE

Prepared and submitted by:

/s/ Amanda Beckett
Amanda Beckett
AL State Bar No. ASB-1884-N75B
Rubin Lublin, LLC
100 Concourse Parkway, Suite 115
Birmingham, AL 35244
(877) 813-0992
abeckett@rubinlublin.com
Attorney for Creditor

DISTRIBUTION LIST

Norvell Watson
4937 N PINERIDGE DR,
Eight Mile, AL 36613

Loretta Watson
4937 Pine Ridge Dr. N.
Eigth Mile, AL 36613

Stephen L. Klimjack, Esq.
1306 Government Street
Mobile, AL 36604

Daniel B. O`Brien, Trustee
Chapter 13 Trustee
P.O. Box 1884
Mobile, AL 36633

Amanda Beckett, Esq.
Rubin Lublin, LLC
100 Concourse Parkway, Suite 115
Birmingham, AL 35244